■ GWENDOLYN O. VAN NORDEN et al., Plaintiffs, v STEPHEN P. KLITERNICK et al., Defendants. SNAPPY CAR RENTAL, Third-Party Plaintiff-Appellant, v WAUSAU INSURANCE COMPANIES, Third-Party Defendant-Respondent. (And a Fourth-Party Action.)—Judgment, Supreme Court, New York County (Edward H. Lehner, J.), entered April 12, 1990, which declared

that third-party defendant is not obligated to defend or indemnify third-party plaintiff, unanimously affirmed, with costs.

The evidence adduced at trial supports the finding that the vehicle involved in the accident was being used to carry persons for a fee, an occurrence clearly within the exclusionary clause relied on by third-party defendant (see, *Government Employees Ins. Co. v Kligler,* 42 NY2d 863). The "public or livery conveyance" exclusion herein differs from the "limited, special use" to which such an exclusion would not apply (compare, *American Fid. Fire Ins. Co. v Pardo,* 32 AD2d 536, 537). Concur—Milonas, J. P., Wallach, Kassal and Rubin, JJ.